# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Oakley, Inc.

                Plaintiff,

v.

Shenzhen Globalegrow E–Commerce Co., Ltd.

                Defendant.

Case No.: 1:18−cv−05101

Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Status and motion hearing held. Defendant's motion to seal [33] is granted. Defendant's motion to dismiss [31] is continued to 1/10/2019 at 9:00 AM. The parties are directed to meet and confer and submit a proposed jurisdictional discovery schedule by 1/8/2019. Defendant shall respond to Plaintiff's settlement demand by 12/21/2019. The Defendant's obligation to answer or otherwise plead and the parties' MIDP are stayed until further order of the Court. Mailed notice (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.